UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

                Plaintiff,

    -against-

CATHERINE O'HAGAN WOLFE;
ANDREW BARNES,,

                Defendants.

25 CIVIL 7205 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 17, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 22, 2025

        New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge